MATTHEW P. GUICHARD, SBN 107450
WILLIAM L. PORTELLO, SBN 166845
CHRISTOPHER K. TENG, SBN 176431
**GUICHARD, TENG & PORTELLO, A.P.C.**
Sutter Square
1800 Sutter Street, Suite 730
Concord, California 94520
Telephone:      (925) 459-8440
Facsimile:      (925) 459-8445
Email: mattg@gtlaw.net

Attorneys for Defendant
VALERO REFINING COMPANY - CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT DIAZ, | Case No. C05-04836 CRB |
| Plaintiff, | |
| v. | [PROPOSED] ORDER] RE: STIPULATION TO EXTEND THE TIME TO CONDUCT DEPOSITIONS |
| VALERO OIL REFINERY, BROCK SCAFFOLDING COMPANY, , and DOES 1 to 10, | |
| Defendants. | *Complaint filed: October 19, 2005* |

This Court, having read and considered the Stipulation to Extend the Time to Conduct Depositions,

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The parties Stipulation to Extend the Time to Complete Depositions is GRANTED/DENIED.

All depositions shall be completed up to and including <u>August 31, 2006</u>

DATED:__ June 12, 2006 _____

_____
JUDGE CHARLES R. BREYER

IT IS SO ORDERED

Judge Charles R. Breyer

_____
[PROPOSED ORDER] RE: STIPULATION TO EXTEND       Case No. C05-04836 CRB
   THE TIME TO CONDUCT DEPOSITIONS

1