1  Norman La Force, State Bar #102772
   Fortune, Drevlow, O'Sullivan & Hudson
2  560 Mission Street, Suite 2100
   San Francisco, CA  94105
3  (415) 227-2300

4

   Attorneys for Defendant
5  BROCK MAINTENANCE, INC.
   Incorrectly sued herein as BROCK
6  SCAFFOLDING CO.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 ROBERT DIAZ                              Case No.: C 05 4836 CRB

12        Plaintiff,
                                            STIPULATION AND ORDER RE
13    vs.                                   DISMISSAL OF PLAINTIFF'S CLAIMS
                                            AGAINST BROCK MAINTENANCE,
14 VALERO OIL REFINERY, BROCK               INC. SUED HEREIN AS BROCK
   SCAFFOLDING CO.and DOES 1 TO 100,        SCAFFOLDING CO.
15
          Defendants.
16

17      It is hereby stipulated by and between counsel for plaintiff Robert Diaz for and on

18 plaintiff's behalf and counsel for Brock Maintenance, Inc. sued herein as Brock Scaffolding

19 Co. for and on defendant's behalf that the complaint of Robert Diaz, and each cause of action,

20 is hereby dismissed with prejudice as and against Brock Maintenance, Inc. sued herein as

21 Brock Scaffolding Co. for a waiver of costs and fees. Each party shall bear its own attorneys'

22 fees and costs.

23 Dated: 1-25-07                            Law Offices of John Smith

24
                                            By: _____
25                                              John Smith
                                                Attorney for Plaintiff Robert Diaz
26

27

28
   Pld(Dismissal)                           1
   Defendant Brock Maintenance, Inc 's Answer to Plaintiff's Complaint     Diaz v. Valero Oil, #CGC-05-445849

Dated: 1/26/07

Fortune, Drevlow, O'Sullivan & Hudson

By: /s/ Norman La Force
Norman La Force
Attorney for Defendant
BROCK MAINTENANCE, INC. incorrectly sued herein as BROCK SCAFFOLDING CO.

IT IS SO ORDERED.

Dated: January 31, 2007

_____
Judge United States District Court

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]