1  MATTHEW P. GUICHARD, SBN 107450
   WILLIAM L. PORTELLO, SBN 166845
2  CHRISTOPHER K. TENG, SBN 176431
   **GUICHARD, TENG & PORTELLO, A.P.C.**
3  Sutter Square
   1800 Sutter Street, Suite 730
4  Concord, California 94520
   Telephone:    (925) 459-8440
5  Facsimile:    (925) 459-8445
   Email: mattg@gtlaw.net
6
   Attorneys for Defendant
7  VALERO REFINING COMPANY - CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT DIAZ, | Case No. C05-04836 CRB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER REGARDING DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST VALERO REFINING COMPANY-CALIFORNIA** |
| VALERO OIL REFINERY, BROCK SCAFFOLDING COMPANY, , and DOES 1 to 10, | |
| Defendants. | *Complaint filed: October 19, 2005* |

It is hereby stipulated by and between counsel for Plaintiff Robert Diaz for and on Plaintiff's behalf and counsel for Valero Refining Company- California for and on Defendant's behalf that the complaint of Plaintiff Robert Diaz, and each cause of action therein, is hereby dismissed with prejudice as and against Valero Refining Company-California. Each party shall bear its own attorneys' fees and costs.

Dated: January 31, 2007

GUICHARD, TENG & PORTELLO

by: _____
   Matthew P. Guichard
   Attorney for Defendant Valero Refining
   Company-California

1

STIPULATION AND ORDERS REGARDING DISMISSAL                    Case No. C05-04836 CRB

| | |
|---|---|
| 1  Dated: January 2_, 2007 | LAW OFFICES OF JOHN SMITH |
| 2 | |
| 3 | By: _____ |
| 4 | John C. Smith |
|   | Attorney for Plaintiff Robert Diaz |
| 5 | |
| 6  IT IS SO ORDERED. | |
| 7 | |
| 8  Dated: Feb. 2, 2007 | By: _____ |
|   | Judge, United States District Court |

IT IS SO ORDERED

*Judge Charles R. Breyer*

GUICHARD, TENG & PORTELLO A.P.C.
SUTTER SQUARE
1800 Sutter Street, Suite 730
Concord, California 94520
Telephone: (925) 459-8440
Facsimile: (925) 459-8445

# CERTIFICATE OF SERVICE

*<u>Robert Diaz v. Valero Refinery, et al.</u>*
San Francisco Division Federal Court

I am a citizen of the United States. My business address is 1800 Sutter Street, Suite 730, Concord, California 94520. I am employed in the county of Contra Costa where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business. On the date indicated below, following ordinary business practice, I served the foregoing document(s) described as follows:

**STIPULATION AND ORDER REGARDING DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST VALERO REFINING COMPANY-CALIFORNIA**

■ **(BY MAIL)** I caused this date envelope(s) containing said document(s), with postage thereon fully prepaid and addressed to the offices of the addressee(s) listed below, to be placed in the United States mail at Concord, California, according to ordinary business practices.

❏ **(BY FAX)** I transmitted via facsimile said document(s) to the offices of the addressee(s) listed below on this date before 5:00 p.m.

❏ **(BY OVERNIGHT DELIVERY)** I caused this date envelope(s) containing said document(s) addressed to the addressee(s) listed below to be delivered to an overnight delivery carrier with delivery fees provided for.

❏ **(BY PERSONAL SERVICE)** I arranged for a messenger to deliver on this date before 5:00 p.m., a true and correct copy of said document(s) to be personally served on the party(ies) listed below:

| | |
|---|---|
| John C. Smith, Jr.<br>Law Offices of John C. Smith, Jr.<br>1390 Market Street, Suite 310<br>San Francisco, CA 94102<br>Telephone: (415) 861-1886<br>Facsimile: (415) 861-1030<br>Surfwood76@aol.com | ***Representing Plaintiff Robert Diaz*** |
| Norman Charles LaForce<br>Fortune Drevlow O'Sullivan Ciotoli & Hutchen<br>560 Mission Street, 21st Floor<br>San Francisco, CA 94105<br>Telephone: (415) 227-2300<br>Facsimile: (415) 227-2366<br>Norman.LaForce@zurichna.com | ***Representing Brock Maintenance, Inc. incorrectly sued herein as Brock Scaffolding Co.*** |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **February 1, 2007** at Concord, California.

*Alexandra Lee*

1

CERTIFICATE OF SERVICE   Case No. C05-04836-CRB